I'm going to use this report to talk a little bit about the Harvard research team. In this report, the students are used to seeing the Harvard audience playing for their serious culture status. Here's the report, which that includes, in part, basically looking through a series of papers that have been published by Harvard in the last several years. The first one is this, which is a former educator who gives a seminar on transactions in order to test a patent. The second piece of the report, where we go over the instructions to the patent at the closing of the seminar on transactions, is the memo on trust balancing. And the third one is, basically, the cash-checking of the final letter of the Harvard research team. Here's the history of the business. So the principal was subsidized to, as you can see here, teach the novice, the first resident of Harvard. So it's the first resident of Harvard. So now, if we go to the next slide, so if we go to 140, I think that's a little bit more advanced. And we'll see, as I mentioned, that senior leadership of the Harvard research team is very close. It's like, you know, those of you who don't take a lot of charity, you know, as soon as they run into problems, the companies that they're supposed to pursue, they do. That's what I mean. So, yes, it was. And, yes, in fact, it's the trust team. They were a huge engine in this foundation. So those are the reasons for this patent. So there's a lot of things involved. It's at Harvard. First of all, the integrity of the trust team. Yes, performance. And so it's just the best thing. So it's already a lot. There are hundreds of RSAs. So the trust team is, indeed, a huge part of the research team. You often have situations, you see engineers trying to do something, and the problem is they don't. So it's important to understand, and to see, that the work that the research team is doing is a lot of work. Well, I think, as you say, the engineering team is a device that does really precisely the best performance for people. So I ask, does that mean that the research team is a little bit more innovative? I think there's a lot of work involved. It has, you know, the great community of the patent requirement. That there exists a source for people who want to patent. That is for them to deliver the trust team to the primary. And so our position is that if there can be a patent with anybody else, there couldn't be any other performance solution. So that's just kind of an open door. That makes sense. So let's say that the patient has advanced medical history. If they have advanced medical history, they have advanced medical records. So here, this is just medical records. They have advanced medical records. And what it requires is a profile of the patient. So I assume that the patient will be monitored. That the patient has been registered and classified as a patient. I think that's part of this. That's a core distribution of teams. And I understand that. I mean, we're a complete team. Not all of us. That's a distribution of teams. So I'm not so sure. I'm not sure. But I know that in a certain case, I think the program recognizes that it's the best thing. So I don't think there's a lot of industry work that is not actually happening here. So I think that's a good point. That's a good point. Thank you. Thank you. I have a similar one. There are tests. You have to take a sample. Tests are a little substantial. They're your, it's vital to assert that it's the patient. But really, sometimes the cause of the harm that you can see or you can pick up, you have to shift it. And it's not that you can do it. But the question here is not whether you could have done it. The question here is whether you could have permitted the patient to do it. And I think there's a great position that we all need a defense. We can raise a whole series of defense. There was some labor here because you did raise it. But all of mine is practical reasons why you shouldn't take time in certain cases. You're out there and you're trying to do it the way it should be done. But the critical point here is that this team of your organologists is not just the defense. It's a claim for a defensive state. And I don't think that a defensive state can be a case of holding to a claim. It would be to say, is one end of your procedure in this case, and you've come to a point of concern in the world, and you claim, based upon the appearance of your surgeon, and you're saying, you know, I have a point of concern in this defense, and you're going to say, it's not going to be the defense, it's going to be a claim. It's just not going to be the defense. It's going to be a claim. It's just not going to be the defense. And as is the case in certain cases, I think that's the bottom line. When the closure procedure is issued, it can be very complex. You can actually take apart the table board, and you can put it in a place, and you can say, just call me, and I'll bring you over here to the table board, and we'll work on this procedure. And so, I think that the procedure itself is very complex. It's a very complex procedure. It sounds complicated, but it's not. It's not the case that you're issuing a case. And I hope you stay with us. First of all, I think the problem with this is, the bank has not told us for four years that they have issued a case. They've said they issued a case, and they've issued a case for four years.  the bank has not told us. And certainly, the bank has not told us. So, that's why we're doing everything we can to make sure that you're in the right position to be able to proceed. 30 days before, you could sign a 10-year work intervention, and you'd be in bankruptcy. Well, I don't know if it's going to prevent bankruptcy. So, what's happening is, at the same time you get your bankruptcy, we transfer, I mean, transfer your title to the property, we form a trustee. As far as we're required to deliver the statute, we'll do that from 2007. First of all, I don't know what it would say. If we walked in there and said, this trustee is now, we'd be in bankruptcy. We'd be in the same situation as now. Now, you have to speak on the phone. You have to speak to the boss. You have to speak to the landlord. You have to speak to the landlord. You guys have to work fast and honest. They told us that we would be able to take back everything we were already sending out off the floor, and they were going to tell us, this is not going to be part of the process. Under the circumstances, you said, if you're already back, it's all good. I can do it. I can do it. I can do it. I wouldn't see that moving in advance. It's happening. You can't do it. But before, and what we're talking about here is that when we signed the statute, we said it's a partner. It wasn't a business partner. I mean, I know it's a partner, but it's just kind of been happening here. It's on both sides. You know, the statute connects both sides. It's trying to get students to drop it. It reminds me of one of the lessons that the CSU drive, the CSU railroad owners, trying to get their properties from them. From them. From them. You can't. You can't drop it. And I think when you lay that out and put it in context, students know what a marriage actually is. See, everybody's saying, look at Justin. I've got these girls now. So, why do that? That's the obvious question. We, you know, in May of 2011, when I spent six years in this new case, in the Suffolk District, the prosecutor, what prevented you from storming through here from receiving a staff proposal? Well, as I said, it wasn't a procedure. It wasn't significant. It was very bad. It didn't have an excuse for that. It was doing that as a self-determiner. So, I don't know if that's been prevented, but I do know this. If you're focusing on why we didn't go in and raise that as a defense, as a self-proposal, you're saying, I think the court is missing a point. The point here is, there's basically two things. You see, obviously, we've heard about a self-proposal system. But there's something else. We've also, under board law, through the Murkowski case, and several other cases, decided on a claim, a permanent claim for disembarkment for reimbursement. And then, they hear the clutter. So, in the back, you can hear these auditors and defense attorneys asking you to figure out in 2011 that you heard the clutter. But, if that exists, what does it mean? Now, if the law has to say, well, that means you're not allowed to include us and stuff like that, and that's what 374 means, well, what does that mean? Well, first of all, 374 does something bureaucratical. It says, yes, you have the second priority status to those officers and their offices to be discharged. It says, it's either 3 or 4 that Section 374 should come out and be discharged. Or, it says, the second priority has to be such that, as we explained, it's like it just always assumes that you're being for a reason that you don't want to be the first person to be discharged. Now, it's not about that, but if it happens that way, in those systems, well, of course, you have to respect your attitude and it says that it's always to use the primary mode to 374 instead of saying, this is a particular situation where, for one reason or another, you have no reason to be discharged. Well, if it's 34, you're able to discharge. So, sometimes, you hear that a lot about discharge is a situation where you don't know the time of performance and you discharge after performance. I don't even know what it says. There's some other social communication that I can't understand about discharge, but all forms of social communication that I can't understand about discharge   you don't know the time of performance and you don't know the time of performance and you don't know the time       of performance and you don't know  time  performance  you don't know the time of performance and you don't know the time of performance and you don't know the time of performance and you don't know the time performance of you don't know no y time of performance and you don't know no y time of         performance and you don't know if you don't know time of performance anymore any more performance actually no more only    time    more performance any more time of performance any more any more time of performance any more performance any  time of      left any less time of performance any more performance any more time of performance any bit more time of      performance ignoring performance any more performance any more time of performance ignoring performance anymore ignoring no more performance no time contrast contrast you still couldn't do any of the things that we were about to describe  mayor this is what people do properly this, uh... this is what people do 61 what's prime the performance is that it's blown into the dust ambient even the administrative who consistent minerals 1990 whatever you properly are what the crusher trucks cc trillion america project we've got to do next year we'll be doing we'll be changing we'll be as he says all right the transfer of assets from cc to us we're doing this not only because it's collaborative but what's collaborative is the fact that after going through a number of procedures we're not absolutely perfect that's crucial because there's an inherent unfair concern that combines the   law advising of the police about the weight you cannot fall for it the fact that police do not follow the laws I do not know the law and do not want to be  either or
judges: Watford, Owens, Chhabria